MEMORANDUM OPINION

No. 04-05-00690-CV

IN THE INTEREST OF A.A.R AND R.V.R, CHILDREN

From the 407th Judicial District Court, Bexar County, Texas

Trial Court No. 2004-PA-02000

Honorable Karen Pozza , Judge Presiding (1)


Opinion by: Catherine Stone , Justice

Sitting: Catherine Stone , Justice

 Sarah B. Duncan , Justice

 Sandee Bryan Marion , Justice

Delivered and Filed: May 31, 2006



AFFIRMED

 This is an appeal concerning the trial court's termination of Cindy Erbrick's parental rights to her children, A.A.R. and
R.V.R. Erbrick's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and
demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is without merit. The
brief meets the requirements of Anders v. California, 386 U.S. 738 (1967). See In re R.R., No. 04-03-00096-CV, 2003 WL
21157944, at * 4 (Tex. App.--San Antonio May 21, 2003, no pet.) (applying Andersprocedure in appeal from termination of
parental rights).

 A copy of counsel's brief was delivered to Erbrick, who was advised of her right to examine the record and to file a pro se
brief. No pro se brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit.
The judgment of the trial court is therefore affirmed. Furthermore, we grant counsel's motion to withdraw. 

 

 Catherine Stone , Justice





1. The Honorable David A. Berchelmann, Jr., of the 37th Judicial District Court, Bexar County, Texas signed the
termination order in this case.